IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| Douglas Barber, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 12-6001-CV-SJ-JTM |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Pending before the Court is the *Defendant's Motion to Reverse and Remand With Suggestions In Support*, filed August 23, 2012 [Doc. 13]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with that set forth in the defendant's motion to remand.

                                                  */s/ John T. Maughmer*
                                                  JOHN T. MAUGHMER
                                                 U. S. MAGISTRATE JUDGE