# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| **Douglas Barber,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. |
| ) | 12-6001-CV-SJ-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed December 21, 2012 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed December 21, 2012 [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $3,330.68.

                                                     */s/ John T. Maughmer*
                                                     **John T. Maughmer**
                                       **United States Magistrate Judge**